FILED
CLERK, U.S. DISTRICT COURT
JUL - 5 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IH2 PROPERTY WEST, LP, etc., | NO. CV 13-4483-UA(DUTYx) |
| Plaintiff, | |
| v. | ORDER SUMMARILY REMANDING |
| MIKE SALGUERO JR., etc., | IMPROPERLY REMOVED ACTION |
| Defendant. | |

In a separate order, the Court has denied Defendant's application to proceed <u>in forma pauperis</u> in this improperly removed unlawful detainer action. For the same reasons stated in the Court's separate order, the action is remanded to state court for lack of subject matter jurisdiction.

DATED: _____7/2_____, 2013.

_____
GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE